IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

MAZAK CORPORATION,

                    Plaintiff,
        v.                                                                    ORDER

SWIFT MANUFACTURING &                                              26-mc-4-amb
ENGINEERING, INC.,

                    Defendant.

---

Plaintiff Mazak Corporation has registered with this court a March 19, 2026 judgment entered in the United States District Court for the Eastern District of Kentucky against defendant Swift Manufacturing, Inc. Dkt. 1. The judgment reflects a total amount due of $94,518.87 and includes an order of possession for the turnover and surrender of certain property. *Id.* at 2.

Plaintiff now moves for a writ of execution to be served by the United States Marshals Service. Dkt. 2. That request is governed by Federal Rule of Civil Procedure 69, which requires the court to follow both federal and Wisconsin law in issuing the writ. *See Laborers' Pension Fund v. Dirty Work Unlimited, Inc.*, 919 F.2d 491, 494 (7th Cir. 1990). Wisconsin's procedures for execution are found in Wis. Stat. Ch. 815. Those procedures require that a writ to refer to the judgment and state: (1) the court; (2) the county where the judgment is filed; (3) the names of the parties; (4) the amount of the judgment; (5) the amount due; and (6) the time of entry in the judgment and lien docket in the county to which the execution is issued. Wis. Stat. § 815.05(1g)(a).

The proposed writ meets these requirements. It states the parties' names, the court that entered judgment and the date of judgment, the court where the judgment is now registered

and the date of registration, the amount of the judgment, and the amount due.  The writ also

describes the specific property the United States Marshal is to use to satisfy the judgment, and

it attaches the sale orders.

Plaintiff's motion for a writ of execution is GRANTED.  The clerk of court is directed

to issue the writ of execution for service by the United States Marshals Service.

*So ordered.*

Entered April 30, 2026.

BY THE COURT:

/s/

_____
ANITA MARIE BOOR
Magistrate Judge